**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | § | Case No. 24-10321-HLB |
| | § | |
| ANTHONY'S GLASS, INC. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Lenard E. Schwartzer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $95,222.09 | | Assets Exempt: | NA |
| Total Distributions to Claimants: | $4,261.62 | | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $1,564.44 | | | |

3)        Total gross receipts of $5,826.06  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,826.06 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $62,472.50 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,564.44 | $1,564.44 | $1,564.44 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $27,399.53 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,021,443.06 | $634,791.85 | $634,791.85 | $4,261.62 |
| **Total Disbursements** | $1,111,315.09 | $636,356.29 | $636,356.29 | $5,826.06 |

4). This case was originally filed under chapter 7 on 01/23/2024. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/08/2025          By:    /s/ Lenard E. Schwartzer
                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| U.S. Bank #9095 | 1129-000 | $2,256.53 |
| Insurance premium reimbursement from IPFS Corporation | 1229-000 | $495.35 |
| Refund From Progressive Insurance Policy No 970155954 | 1229-000 | $3,074.18 |
| **TOTAL GROSS RECEIPTS** | | $5,826.06 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vox Funding LLC | 4110-000 | $62,472.50 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $62,472.50 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lenard E. Schwartzer, Trustee | 2100-000 | NA | $1,332.61 | $1,332.61 | $1,332.61 |
| Lenard E. Schwartzer, Trustee | 2200-000 | NA | $207.83 | $207.83 | $207.83 |
| Pinnacle Bank | 2600-000 | NA | $24.00 | $24.00 | $24.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,564.44 | $1,564.44 | $1,564.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nevada Dept. of the Labor Commissioner | 5800-000 | $27,399.53 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $27,399.53 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GREENWICH CAPITAL MANAGEMENT LP | 7100-000 | $90,135.86 | $101,949.83 | $101,949.83 | $684.43 |
| 2 | JPMC | 7100-000 | $0.00 | $95,925.45 | $95,925.45 | $643.99 |
| 3 | Zurich American Insurance Company | 7100-000 | $0.00 | $1.00 | $1.00 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 3; Zurich American Insurance Company) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.01 |
| 4 | MERLIN CONTRACTING AND DEVELOPING, LLC | 7100-000 | $0.00 | $3,129.70 | $3,129.70 | $21.01 |
| 5 | PHILIP R. PALUMBO | 7100-000 | $342,703.81 | $342,703.81 | $342,703.81 | $2,300.71 |
| 6 | UNITED RENTALS (NORTH AMERICA), INC. | 7100-000 | $32,313.87 | $23,028.20 | $23,028.20 | $154.60 |
| 7 | UNITED RENTALS (NORTH AMERICA), INC. | 7100-000 | $0.00 | $14,957.28 | $14,957.28 | $100.41 |
| 8 | SJJN TRUST AND STEPHEN G. SIEGEL | 7100-000 | $25,198.14 | $21,015.18 | $21,015.18 | $141.08 |
| 9 | VICTORIA L. REA | 7100-000 | $0.00 | $32,081.40 | $32,081.40 | $215.38 |
| | All American Finishing | 7100-000 | $6,502.50 | $0.00 | $0.00 | $0.00 |
| | Arcadia | 7100-000 | $30,651.49 | $0.00 | $0.00 | $0.00 |
| | Arrowhead General Insurance | 7100-000 | $4,971.49 | $0.00 | $0.00 | $0.00 |
| | Assa Abloy Entrance Systems US Inc. | 7100-000 | $52,308.72 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $94,091.51 | $0.00 | $0.00 | $0.00 |
| | Curtis Steel Co. | 7100-000 | $110.48 | $0.00 | $0.00 | $0.00 |
| | Green Valley | 7100-000 | $2,331.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Window Tint | | | | | |
| Grupo Salinas Osuna S de RL de CV/332621 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Home Benefits | 7100-000 | $2,574.00 | $0.00 | $0.00 | $0.00 |
| Las Vegas Chamber of Commerce | 7100-000 | $707.63 | $0.00 | $0.00 | $0.00 |
| Martin Harris Construction, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Martin Harris Construction, LLC | 7100-000 | $91,471.20 | $0.00 | $0.00 | $0.00 |
| Merlin Contracting and Developing, LLC | 7100-000 | $138,480.47 | $0.00 | $0.00 | $0.00 |
| Powder Coating Plus | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Premium Financing | 7100-000 | $6,341.70 | $0.00 | $0.00 | $0.00 |
| Regional Equipment | 7100-000 | $5,303.26 | $0.00 | $0.00 | $0.00 |
| Robert & Natalie Parente | 7100-000 | $95,145.93 | $0.00 | $0.00 | $0.00 |
| Shawn K. French | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,021,443.06 | $634,791.85 | $634,791.85 | $4,261.62 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    1          Exhibit 8

| | |
|---|---|
| **Case No.:** | 24-10321-HLB |
| **Case Name:** | ANTHONY'S GLASS, INC. |
| **For the Period Ending:** | 4/8/2025 |

| | |
|---|---|
| **Trustee Name:** | Lenard E. Schwartzer |
| **Date Filed (f) or Converted (c):** | 01/23/2024 (f) |
| **§341(a) Meeting Date:** | 02/21/2024 |
| **Claims Bar Date:** | 06/03/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | U.S. Bank #9095 | $30.02 | $2,256.53 | | $2,256.53 | FA |
| 2 | Refund From Progressive Insurance Policy No 970155954 **(u)** | $0.00 | $3,074.18 | | $3,074.18 | FA |
| 3 | Accounts Receivable 90 days old or less | $14,524.62 | $14,524.62 | | $0.00 | FA |
| **Asset Notes:** | 4/3/24- AR Aging summary has $12,099.56 due that is less than 90 days or less old | | | | | |
| 4 | Accounts Receivable over 90 days old | $68,307.47 | $93,060.43 | | $0.00 | FA |
| **Asset Notes:** | 4/3/24 Letters sent out to in an attempt to collect. uncollectable | | | | | |
| 5 | Glass Inventory | $3,200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value too small to pursue | | | | | |
| 6 | Office Furniture | $1,050.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value too small to pursue | | | | | |
| 7 | Office Computers | $350.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value too small to sell | | | | | |
| 8 | Office Machinery, Fixtures and Equipment | $7,790.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured by CT Corporation System and Vox Funding | | | | | |
| 9 | Contractor's Board License | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Nevada Resale Certificate | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Insurance premium reimbursement from IPFS Corporation **(u)** | $0.00 | $495.35 | | $495.35 | FA |
| **Asset Notes:** | Insurance premium reimbursement Debtor received after bankruptcy filing. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                              **Gross Value of Remaining Assets**

| $95,252.11 | $113,411.11 | | $5,826.06 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**
12/26/2024      REPORT OF DISTRIBUTION

**Initial Projected Date Of Final Report (TFR):**    12/31/2025          **Current Projected Date Of Final Report (TFR):**    11/30/2024          /s/ LENARD E. SCHWARTZER

LENARD E. SCHWARTZER

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 24-10321-HLB | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | ANTHONY'S GLASS, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1860 | | Checking Acct #: | ******0063 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/23/2024 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/8/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/13/2024 | (1) | US Bank | US Bank acct 9095 closing funds | 1129-000 | $2,256.53 | | $2,256.53 |
| 02/13/2024 | (2) | Progressive | Refund on policy #970155954 | 1229-000 | $3,074.18 | | $5,330.71 |
| 04/09/2024 | (11) | IPFS Corporation | Insurance premium reimbursement | 1229-000 | $495.35 | | $5,826.06 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $8.38 | $5,817.68 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $8.36 | $5,809.32 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $7.26 | $5,802.06 |
| 02/03/2025 | 5001 | Lenard E. Schwartzer | Trustee Compensation | 2100-000 | | $1,332.61 | $4,469.45 |
| 02/03/2025 | 5002 | Lenard E. Schwartzer | Trustee Expenses | 2200-000 | | $207.83 | $4,261.62 |
| 02/03/2025 | 5003 | GREENWICH CAPITAL MANAGEMENT LP | Claim #1; Acct. # ; Amt Claimed 101,949.83; Amt Allowed 101,949.83; | 7100-000 | | $684.43 | $3,577.19 |
| 02/03/2025 | 5004 | JPMorgan Chase Bank, N.A. | Claim #2; Acct. # 3569; Amt Claimed 95,925.45; Amt Allowed 95,925.45; | 7100-000 | | $643.99 | $2,933.20 |
| 02/03/2025 | 5005 | Clerk, US Bankruptcy Court | Small Dividends | * | | $0.01 | $2,933.19 |
| | | | Claim Amount                    $(0.01) | 7100-001 | | | $2,933.19 |
| 02/03/2025 | 5006 | Sara J Eisert | Claim #4; Acct. # ; Amt Claimed 3,129.70; Amt Allowed 3,129.70; | 7100-000 | | $21.01 | $2,912.18 |
| 02/03/2025 | 5007 | PHILIP R. PALUMBO | Claim #5; Acct. # ; Amt Claimed 342,703.81; Amt Allowed 342,703.81; | 7100-000 | | $2,300.71 | $611.47 |
| 02/03/2025 | 5008 | United Rentals (North America), Inc. | Claim #6; Acct. # 7167; Amt Claimed 23,028.20; Amt Allowed 23,028.20; | 7100-000 | | $154.60 | $456.87 |
| 02/03/2025 | 5009 | United Rentals (North America), Inc. | Claim #7; Acct. # 4799; Amt Claimed 14,957.28; Amt Allowed 14,957.28; | 7100-000 | | $100.41 | $356.46 |
| 02/03/2025 | 5010 | The Siegel Group Nevada, Inc. | Claim #8; Acct. # A-23-866587-C; Amt Claimed 21,015.18; Amt Allowed 21,015.18; | 7100-000 | | $141.08 | $215.38 |
| 02/03/2025 | 5011 | VICTORIA L. REA | Claim #9; Acct. # ; Amt Claimed 32,081.40; Amt Allowed 32,081.40; | 7100-000 | | $215.38 | $0.00 |

| | | | | **SUBTOTALS** | $5,826.06 | $5,826.06 | |

**FORM 2**

Page No: 2          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 24-10321-HLB | |
| **Case Name:** | ANTHONY'S GLASS, INC. | |
| **Primary Taxpayer ID #:** | **-***1860 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/23/2024 | |
| **For Period Ending:** | 4/8/2025 | |

| | |
|---|---|
| **Trustee Name:** | Lenard E. Schwartzer |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0063 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $5,826.06 | $5,826.06 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,826.06 | $5,826.06 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,826.06 | $5,826.06 | |

**For the period of  1/23/2024 to 4/8/2025**

| | |
|---|---|
| Total Compensable Receipts: | $5,826.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,826.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,826.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $5,826.06 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 02/13/2024 to 4/8/2025**

| | |
|---|---|
| Total Compensable Receipts: | $5,826.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,826.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,826.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $5,826.06 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

Page No: 3          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 24-10321-HLB |
| **Case Name:** | ANTHONY'S GLASS, INC. |
| **Primary Taxpayer ID #:** | **-***1860 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 1/23/2024 |
| **For Period Ending:** | 4/8/2025 |

| | |
|---|---|
| **Trustee Name:** | Lenard E. Schwartzer |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0063 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,826.06 | $5,826.06 | $0.00 |

**For the period of 1/23/2024 to 4/8/2025**

| | |
|---|---|
| Total Compensable Receipts: | $5,826.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,826.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,826.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $5,826.06 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the case between  01/23/2024 to 4/8/2025**

| | |
|---|---|
| Total Compensable Receipts: | $5,826.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,826.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,826.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $5,826.06 |
| Total Internal/Transfer  Disbursements: | $0.00 |

/s/ LENARD E. SCHWARTZER

LENARD E. SCHWARTZER